UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DANA D. MECKSTROTH BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cv-01147 |
| | ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

### ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 18) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) and affirming the decision of the Commissioner to deny Plaintiff's application for benefits. No objection has been timely filed despite specific instructions that were provided to Plaintiff in the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's careful analysis. The ALJ's decision is supported by substantial evidence and Plaintiff has not offered persuasive argument to the contrary. Accordingly, the Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED** and the final decision of the Commissioner is **AFFIRMED**.

This is a final order. The Clerk shall issue an appropriate judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE